UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JUAN JOSE TOVAR-OROZCO,

                Defendant.

CASE NO. 08CR1923-W

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: <u>8 USC 1324(a)(2)(A)(ii) & (v)(II)</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/8/08

                                            Thomas J. Whelan
                                            UNITED STATES DISTRICT JUDGE